

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00758-CV

**MIRACLE AUTOMOTIVE, INC. D/B/A MIRACLE BODY AND PAINT**,
Appellant

v.

**GEICO COUNTY MUTUAL INSURANCE COMPANY**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2021CV02730
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are assessed against appellant Miracle Automotive, Inc. d/b/a Miracle Body and Paint.

SIGNED June 12, 2024.

_____
Irene Rios, Justice